UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 21-20614-CV-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

REAL PROPERTY LOCATED AT 2377 GLENDON AVENUE, LOS ANGELES, CALIFORNIA 90064;

    *Defendant in Rem.*
_____/

In Re:

ENTRUST GROUP, INC. and RONALD PERLSTEIN,

    Trustee for Beneficiary and Beneficiary of
    Defendant *in Rem.*
_____/

## VERIFIED CLAIM OF ENTRUST GROUP, INC. FOR THE BENEFIT OF RONALD PERLSTEIN, IRA № 00392.

PLEASE TAKE NOTICE that Claimants, The Entrust Group, Inc. ("Entrust"), for the benefit of Ronald Perlstein, IRA № 00392, with undersigned Party's Counsel (collectively hereinafter, the "Parties"), pursuant to 18 U.S.C. § 983(a)(4), 18 U.S.C. § 983(d)(6)(A), and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and upon the incorporated verification made a part hereof, hereby asserts an ownership interest in the following property identified as a Defendant *in rem* in the above-captioned case:

(a) The real property known, numbered, and located at 2377 Glendon Avenue, Los Angeles, California 90064, more particularly described as:

> Lot 25 of Block 56 of Tract No. 5609, in the city of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 65, Page 72 and 73 of Maps in the office of the County Recorder of said County;
>
> Deed of Trust with Assignment of Rents (Short Form), dated November 27, 2018, Recorded/ Filed in official records, recorder's office, Los Angeles, County, California with Instrument #2018222807

Trustor (or legal titleholder/mortgagor and/or borrower) = 2377 Glendon Avenue,LLC
Trustee (or mortgagee) = Danco, Inc.
Beneficiary (or lender) =
The Entrust Group, Inc.FBO Ronald Perlstein, IRA# 00392

The Parties assert an innocent interest in the above-referenced real property. The Parties deny that these assets constitute proceeds of any illegal conduct and/or property traceable to such conduct.

Counsel for the United States, Daren Grove, Esq. agrees to the filing of this Claim at this time.

Dated this __27th__ day of November 2023.

## VERIFICATION

I, Ronald Perlstein, the Beneficiary of IRA № 00392, held by The Entrust Group, Inc. ("Entrust"), have read the foregoing Verified Claim and declare under penalty of perjury that it is true and correct to the best of my knowledge, information and belief.

Executed this __27th__ day of November 2023.

Ronald Perlstein, Beneficiary of
Property in Rem

STATE OF CALIFORNIA  )
                    ) SS
COUNTY OF Los Angeles )

Sworn to and subscribed before me this __27__ day of November 2023, by Ronald Perlstein, who personally appeared before me and provided Drivers License as identification.

Notary Public, State of California

My Commission Expires: 10/16/2026



BRENDA LANI HINOJOSA BLANCO
COMM. # 2421841
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires October 16, 2026

Verified Claim of Entrust Group, Inc.
Page **3** of **3**

Rabin & Lopez, P.A. • One Southeast Third Avenue, Suite 2600, Miami, FL 33131 • Tel: (305) 358-1064

        Respectfully submitted,

        **RABIN & LOPEZ, P.A.**
        One Southeast Third Avenue
        Suite 2600
        Miami, FL 33131
        Tel: 305•358•1064
        Fax: 305•372•1644
        Email: sjr@miamilawyer.com

        s/ *Samuel J. Rabin, Jr.*

        SAMUEL J. RABIN, JR.
        Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November 2023, a true and correct copy of the foregoing Verified Claim of Entrust Group, Inc. for the Benefit of Ronald Perlstein, IRA № 00392 was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

        s/ *Samuel J. Rabin, Jr.*

        SAMUEL J. RABIN, JR.